# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 7:07-CR-17-1 (HL) |
| ROMALE OWENS, | : |
| Defendant. | : |

# ORDER

This matter is before the Court on the Defendant Romale Owens's Petition to Grant Credit for Previous Time Served (Doc. 38) (the "Petition"). The Defendant states that he has been sentenced to a term of imprisonment of 46 months, but that he has not been granted credit for time served. In the Petition, he is asking this Court to grant him this credit.

In United States v. Luna-Mora, 180 Fed. Appx. 847 (11th Cir. 2006), the Eleventh Circuit Court of Appeals wrote:

> The Bureau of Prisons, as opposed to the district court[], is authorized to compute sentence credit awards after sentencing. As a result, a federal prisoner dissatisfied with computation of his sentence must pursue the administrative remedy available through the federal prison system before seeking judicial review of his sentence. A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies.

Id. at 849 (internal quotations and citations omitted). Here, as in Luna-Mora, "the record fails to show that [the Defendant] has exhausted his

administrative remedies for review of credit received for time served, [therefore] this issue is not ripe for judicial review." Id.

This Court lacks jurisdiction to grant the Petitioner the relief he seeks. Gonzales v. United States, 959 F.2d 211, 212 (11th Cir. 1992). Therefore, the Motion is denied.

**SO ORDERED**, this the 26th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch